AO 93 (Rev. 12/03) Search Warrant

**ORIGINAL ISSUED**

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |
|---|---|---|

### In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

252 North L Street, Dinuba, California

## SEARCH WARRANT

Case Number:

**1: 0 9 SW 0 0 6 4**    **SMS**

TO: __FBI Special Agent Gregory T. Peters__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ **Gregory T. Peters** _____ who has reason to believe
Affiant

that  ☐ on the person of, or  ☒ on the premises known as (name, description and/or location)

**See Attachment A**

in the _____ Eastern _____ District of _____ California _____ · there is now concealed a certain
person or property, namely (describe the person or property)

**See Attachment B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before     **March 8 , 2009**

Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search

☒ in the daytime -- 6:00 A.M. to 10:00 P.M.  ☐ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person  or property taken and prepare a written inventory of the person or property seized and promptly return this warrant to

**Sandra M. Snyder** _____ as required by law.
U.S. Magistrate Judge (Rule 41(f)(f4))

**February 26, 2009**    **8:45 a.m.**    at    **Fresno, California**
Date and Time Issued                                        City and State

**Sandra M. Snyder**
**United States Magistrate Judge**

Name and Title of Judge                                      Signature of Judge

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

**252 North L Street, Dinuba, California** is described as a single story red brick building with the main entrance on the southwest side. The main entrance is marked with an "ACDelco" sign and the numbers 252 appear on a blue and read sign located on the front of the building. On the northeast side there is a brown door marked "Upholstery".

The search of these locations shall include all rooms, annexes, attics, basements, garages, carports, outside yard, curtilage, mailboxes, trash containers, debris boxes, storage lockers and areas, cabinets, rooms, sheds and outbuildings associated with these premises and shall extend into desks, cabinets, safes, briefcases, purses, trash receptacles, electronic storage devices, and other storage locations within the premises in which items in Attachment B may be found.

The search of this location shall also authorize officers conducting the search to require the production of identification of any person reasonably believed by the officers to have possession and control of the premises. The search shall also authorize officers to search the persons and items attached to them (such as purses, backpacks, etc.) encountered at the various search locations, whether they are located indoors, outdoors or in an automobile found within the locations and/or the curtilage of the location. The search of this location shall also authorized officers to search any vehicles linked to the residence or linked to any person reasonably believed by the officers to have possession and control of the premises.

**ATTACHMENT B**
**LIST OF ITEMS TO BE SEIZED**

1. BASEBALL CAPS
2. PLAID JACKETS.
3. DARK COLORED PANTS.
3. SUNGLASSES.
4. NEWS ARTICLES AND CLIPPINGS REGARDING ROBBERIES.
5. U.S. CASH.
6. BANKING, SAVINGS OR CHECKING ACCOUNTS.
7. ANY BANK WRAPPERS AND BANK BROCHURES.
8. ANY NOTES, DIARIES, LOGS OR LETTERS RELATED TO BANK ROBBERIES.
9. PHOTOGRAPHS DEPICTING SUSPECT, VEHICLES AND ASSOCIATES.
10. VEHICLE REGISTRATION TO SUSPECT OR ASSOCIATES.
11. WHITE PLASTIC GROCERY BAGS.
12. WIGS/FAKE BEARDS.
13. LATEX GLOVES.
14. KEYS, RECEIPTS, MAIL, OR STATEMENTS RELATING TO RENTAL STORAGE
FACILITIES, SAFETY DEPOSIT BOXES, OR OTHER MEANS OF TEMPORARY
STORAGE.
15. RECEIPTS FOR ANY ITEMS PURCHASED OVER $100 ON OR AFTER 10/01/2008.
16. ANY TYPE OF ADHESIVE MATERIAL THAT COULD BE USED TO ATTACH A
FAKE BEARD.
17. ANY TYPE OF BOMB MAKING MATERIAL, TO INCLUDE BUT NOT LIMITED TO
WIRES, TAPE, LIGHTS, AND PIPES.

AO 93 (Rev. 12/03) Search Warrant

| **RETURN** | | **Case Number:** | |
|---|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 02/26/2009 | 02/26/2009 10:45am | | Left at scene |

INVENTORY MADE IN THE PRESENCE OF  *SA G. Bartolomei*

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

*See attached.*

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Jon Jer Johnston*

Subscribed, sworn to, and returned before me this date.

_____
Signature of Judge
**SM SNYDER**

3/2/09

Date

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

On (date) 2/26/09

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)_____

(Street Address) 252 N 'L' St, Dinuba CA

(City) Dinuba CA

Description of Item(s): 1) Wood board with red paint
2) Can of frame Red paint
3) brown haired wig
4) NY ball cap
5) Wig
6) Wig
7) Red wire
8) Sunglasses
9) Money order receipts
10) White pipe w/ green paint on end
11) white pipe w/ red paint on end
12) grey pipe w/ red paint

Received By: _____ Received From: _____
                    (Signature)                                                      (Signature)